AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF COLUMBIA**

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

4500 14TH St, NW
Washington, DC , 20011

## SEARCH WARRANT
CASE NUMBER: 0 8 - 2 4 0 - M - 0 1

TO:   Pedro Tavares   and any Authorized Officer of the United States

Affidavit(s) having been made before me by  Special Agent Pedro Tavares who has reason to believe that ☐ on the person or ☒ on the premises known as  (name, description and or location)

**The location at 4500 14th Street, NW, and the Corner of Allison Street, NW, Washington, DC, is more fully described as a two story brown row house.  The entrance to 4500 14th Street is located on the Western side. The front porch is constructed of concrete and brick staircase that runs across the front of the building providing access to the street with two numbers "4500" affixed to the left entryway column, clearly visible from the street.  The entry is separated by a iron decorated storm door.**

**Included in the search for the items described is a shed attached to the Southwestern side of the home and a dog house located in the backyard.**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property) MOREFULLY DESCRIBED IN ATTACHMENT A  AND B

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___April 1?, 200?___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

APR  8 2008   3⁵⁵PM
_____
Date and Time Issued

ALAN KAY
US MAGISTRATE JUDGE
_____
Name and Title of Judicial Officer

at Washington, D.C.

_____
Signature of Judicial Officer

ALAN KAY
US MAGISTRATE JUDGE

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| April 8, 2008 | April 9, 2008 | Bianca Arevalo |

INVENTORY MADE IN THE PRESENCE OF    Pedro Tavares
Ernie Finch

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached Inventory List.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Pedro D. Tavares

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge or U.S. Magistrate Judge

_____
4/14/08
Date

FILED

APR 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# Inventory Listing of All Items Seized at Search Warrant Site

| | | |
|---|---|---|
| **Site Name:** | **Investigation Number:** | **Report Date:** |
| 4500 14TH ST NW WASHINGTON, DC | 77083917S | Wednesday, April 09, 2008 |
| | **Starting Date and Time:** | |
| FOUR STORY ROW HOUSE WITH BASEMENT AND ATTTIC | 04/09/2008 06:00 AM | |
| | **Ending Date and Time:** | |
| | 04/09/2008 10:19 AM | |

| | | | |
|---|---|---|---|
| **Control #:** | 1 | **Evidence Box:** | |
| **Location:** | BEDROOM 3 | **Locator Code:** | ECSAP |
| **Found:** | 4500 14TH ST NW | | |
| **Description:** | Seized Per Warrant | HARD DRIVE FOR SURV. SYSTEM FOUND ON DRESSER ATOP TV; SYSTEM CD FOR DEVICE; USER MANUAL FOR DEVICE | |

| | | | |
|---|---|---|---|
| **Control #:** | 2 | **Evidence Box:** | |
| **Location:** | ATTIC 2 LEFT | **Locator Code:** | |
| **Found:** | 4500 14TH ST NW | | |
| **Description:** | Seized Per Warrant | BANK RECORDS; PHONE RECORDS; ID DOCS | |

| | | | |
|---|---|---|---|
| **Control #:** | 3 | **Evidence Box:** | |
| **Location:** | ATTIC 1  RIGHT | **Locator Code:** | |
| **Found:** | 4500 14TH ST NW | | |
| **Description:** | Seized Per Warrant | ONE APPLE IPOD FOUND ON COFFEE TABLE CENTER OF ROOM | |

| | | | |
|---|---|---|---|
| **Control #:** | 4 | **Evidence Box:** | |
| **Location:** | ATTIC 1  RIGHT | **Locator Code:** | |
| **Found:** | 4500 14TH ST NW | | |
| **Description:** | Seized Per Warrant | ONE APPLE LAPTOP COMPUTER WITH POWER CORD FOUND ON COFFEE TABLE CENTER OF ROOM | |

| | | | |
|---|---|---|---|
| **Control #:** | 5 | **Evidence Box:** | |
| **Location:** | ATTIC 1  RIGHT | **Locator Code:** | |
| **Found:** | 4500 14TH ST NW | | |
| **Description:** | Seized Per Warrant | TWO MARYLAND CITATIONS; ONE VISA RECEIPT; ONE DEBIT RECEIPT | |

| | | | |
|---|---|---|---|
| **Control #:** | 6 | **Evidence Box:** | |
| **Location:** | ATTIC 1  RIGHT | **Locator Code:** | |
| **Found:** | 4500 14TH ST NW | | |
| **Description:** | Seized Per Warrant | THREE MISC DOCUMENTS (INFO ON MERC. BENZ; INFO ON BMW; INFO ON WIRE TRANSFER) ALL FOUND ON COFFEE TABLE MIDDLE OF ROOM | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 7 | | **Evidence Box:** | |
| **Location:** | ATTIC 1  RIGHT | | **Locator Code:** | |
| **Found:** | 4500 14TH ST NW | | | |
| **Description:** | Seized Per Warrant | MISC ITEMS (BANK STATEMENTS, TAX RETURNS, PASSPORT, FLOPPY DISK, INSURANCE STATEMENTS) ITEMS FOUND IN DESK AND END TABLE NEAR BED | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 8 | | **Evidence Box:** | |
| **Location:** | BEDROOM 3 | | **Locator Code:** | |
| **Found:** | 4500 14TH ST NW | | | |
| **Description:** | Seized Per Warrant | APPLE FCU MAIL ADDRESSED TO REINA AREVALO @ 4500 14TH ST NW; LAW OFFICE MAIL ADDRESSED TO ADDRESSED TO REINA AREVALO @ 4500 14TH ST NW; ALLEY CAT ALLIES MAIL ADDRESSED TO  ADDRESSED TO REINA AREVALO @ 4500 14TH ST NW; OFICINAS LEGALES MAIL  ADDDRESSES TO  ADDRESSED TO REINA AREVALO @ 4500 14TH ST NW; UNMARKED MAIL ADDRESSED TO REINA AREVALO @ 4500 14TH ST NW | | |